```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

MICHAEL GODDARD,                )
                                )
            Plaintiff,          )
                                )
        v.                      )   No. 4:07-CV-1305-DJS
                                )
EVAN MILLER, et al.,            )
                                )
            Defendants.         )

## ORDER AND MEMORANDUM

This matter is before the Court upon the application of Michael Goddard for leave to commence this action without payment of the required filing fee. *See* 28 U.S.C. § 1915(a). Upon consideration of the financial information provided with the application, the Court finds that plaintiff is financially unable to pay any portion of the filing fee. Therefore, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this   31st   day of July, 2007.

                              /s/Donald J. Stohr
                              UNITED STTES DISTRICT JUDGE